1
2
3
4
5
6
7



8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JAMES KAMPLY MORRIS, | Case No. CV 09-00263 DSF (AN) |
| Petitioner, | ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| MR. FRANCISCO JACQUEZ, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has conducted its de novo review of the file, including the Magistrate Judge's Report and Recommendation ("R&R") (dkt. 22) and Petitioner's Objections (dkt. 27) thereto. IT IS ORDERED that:

1. The Court finds the Objections primarily rehash points that were raised in the Petition and Traverse, all of which lack merit for the reasons explained in the R&R. The Objections also fail to raise any new arguments that refute the findings and conclusions set forth in the R&R. Accordingly, the Objections are overruled and the R&R is approved and adopted.

2. Judgment shall be entered denying the Petition and dismissing this action with prejudice.

///

3.   Any pending motions are denied as moot and are terminated.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: April 12, 2010

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE