ENTER/JS-6

FILED
CLERK, U.S. DISTRICT COURT
APR 1 2 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMES KAMPLY MORRIS,<br>  Petitioner,<br>  v.<br>MR. FRANCISCO JACQUEZ,<br>  Respondent. | Case No. CV 09-00263 DSF (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED AND DECREED THAT the petition is dismissed with prejudice for the reasons set forth in the Court's accompanying Order approving and adopting the Magistrate Judge's Report and Recommendation.

Dated: April 12, 2010

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 1 2 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY